# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 22-3052          1a. Criminal Action Number: 19-cr-369

2. Case Name: United States v. Terrell Armstead

3. Appellant's Name: Terrell Armstead

    3a. Appellant's Defendant No.: 001          3b. Appellant's Fed. Reg/PDID No. 91040-007

4. Date of conviction 3-16-2020      4a. Date of sentence 7-15-2022

5. Name of District Court Judge Amit P. Mehta

6. Date of Notice of Appeal Filed: 8-1-2022

7. Offense(s) of conviction: 18 U.S.C. 1591  Sex Traficking by Force, Fraud & Coercion

8. Did appellant plead guilty?     ○ Yes  ◉ No

9. What sentence was imposed? 276 months incarceration and 240 months supervised release

10. How much of the sentence has appellant served? 43 months

11. Is appellant challenging the conviction?     ◉ Yes  ○ No

12. Is appellant challenging the sentence?     ◉ Yes  ○ No

13. Has appellant filed a post-conviction motion?     ○ Yes  ○ No

    If yes, what motion, date filed, and disposition:

14. Is appellant incarcerated?     ○ Yes  ○ No

    If yes, where: Northern Neck Regional Jail

    If no, address: _____ Phone ( __ ) _____

15. Has appellant moved for release pending appeal in District Court?     ○ Yes  ◉ No

    If yes, date filed _____ Disposition:

    If no, does defendant intend to file such a motion in the District Court?   ○ Yes  ◉ No

16. Will appellant file a motion for release pending appeal in court of appeals?   ○ Yes  ◉ No

17. Did appellant have court-appointed counsel in District Court?   ◉ Yes  ○ No

18. Does counsel appointed in District Court wish to continue on appeal?   ◉ Yes  ○ No

19. Did defendant have retained counsel in district court?   ○ Yes  ◉ No

    If yes, will case proceed on appeal with retained counsel?   ○ Yes  ○ No

    If no, will appellant seek appointment of counsel on appeal?   ○ Yes  ○ No

    If no, has a motion to proceed in forma pauperis been filed?   ○ Yes  ○ No

20. Has counsel ordered transcripts?     ◉ Yes  ○ No

21. If yes, from what proceedings: 1/31/20 Motion Hearing; 7/15/22 Sentencing

22. If yes, when will transcripts be completed? 30 days

23. Did counsel seek expedited preparation of sentencing transcripts?     ○ Yes  ⊗ No

Signature /s/ *Jonathan Zucker*                     Date 8-16-2022

Name of Party  Jonathan Zucker on behalf of Terrell Armstead

Firm Address 37 Florida Avenue, NE, Suite 200, Washington, DC  20002

Phone ( 202 ) 624-0784          Fax ( 202 ) 609-9653

**Note:** In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

   I certify that on this 16th day of August, 2022, I caused the foregoing to be electronically served using the court's CM/ECF system to the following registered user:

Elizabeth Trosman
555 4th Street, NW, Room 8104
Washington, DC 20530
Elizabeth.Trosman@usdoj.gov


          __*/s/*_____
          Jonathan Zucker