UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 22-3052

_____

UNITED STATES OF AMERICA

Appellee,

v.

TERRELL ARMSTEAD

Appellant.

**Motion Requesting Appointment of Counsel and Notification that Counsel's Representation has Ceased**

Undersigned counsel has represented client in the instant case through Appellate proceedings.  After reviewing the decision in this case I have advised the Client that I will not be filing a Petition for Rehearing En Banc nor a Petition for Certiorari.  The deadlines for those proceedings have been communicated to the Client.  Client has been advised that he may pursue those matters pro se.

Client has requested that new counsel be appointed to review these matters and represent client in pursuing a petition for Rehearing En Banc and/or a Petition for Certiorari.  Undersigned is communicating that request to the Court and Moves the Court to appoint new counsel to assist client in pursuing either a Petition for Rehearing En Banc and/or a Petition for Certiorari.

Pursuant to this Court's guidelines Counsel hereby notifies the court that undersigned counsel's representation has ceased.

WHEREFORE, for the foregoing reasons it is requested the Court appoint new counsel in the instant case.

Respectfully submitted,

__/s/_____
Jonathan Zucker, #384629
37 Florida Avenue, NE, #200
Washington, DC  20002
jonathanzuckerlaw@gmail.com

*Counsel for Terrell Armstead*
(Appointed by the Court)

## CERTIFICATE OF WORD COUNT

I certify that the foregoing motion was prepared in Times New Roman 14 point font and contains 238 words.

__/s/_____
Jonathan Zucker

## CERTIFICATE OF SERVICE

I certify that on this 20th day of September, 2024 I caused the foregoing to be filed with the court using the court's CM/ECF system that will serve the following registered user:

MARK HOBEL
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
Mark.Hobel@usdoj.gov

___/s/_____
Jonathan Zucker